UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| DONALD SHIELDS )<br>　　　PLAINTIFF )<br>　　　　　　　　　　)<br>v.　　　　　　　　　　)<br>　　　　　　　　　　)  Civil No.<br>　　　　　　　　　　)<br>AMERICAN SIGNATURE )<br>VALUE CITY FURNITURE )<br>RYAN ANDERSON )<br>MATT BERNAKIE )<br>JODY ROBERTS<br>CHRISTIAN BELL & )<br>DONNA MANSFIELD<br>　　　DEFENDANTS | |

**COMPLAINT**

Comes now plaintiff, DONALD SHIELDS, by counsel, JOHN R. CANTRELL, and for his Complaint against the Defendants, AMERICAN SIGNATURE, VALUE CITY FURNITURE, RYAN ANDERSON, MATT BERNAKIE, JODY ROBERTS, CHRISTIAN BELL and Donna Mansfield states as follows:

1. Plaintiff, Donald Shields, is a resident of the State of Indiana, residing at 3331 W. 80th Ave Merrillville, IN 46410.

2. Plaintiff was employed by American Signature/Value City Furniture located at 33 Industrial Parkway, LaPorte, IN 46350 at the time of this incident.

3. At all times relevant, defendant, American Signature/Value City Furniture, was and continues to be a company within the County of LaPorte responsible for maintaining a safe work environment and protecting its employees, and those within its jurisdiction.

4. At all times relevant, defendants, Ryan Anderson, Matt Bernakie, Jody Roberts, Christian Bell and Donna Mansfield acted as employees or agents of American Signature/Value City Furniture.

## FACTUAL ALLEGATIONS

5. Sometime on or about December 2020, defendant Ryan Anderson, Operations Manager, gave plaintiff a copy of a movie and told plaintiff that he should enjoy the movie with his family. Upon playing the movie, plaintiff quickly realized it was not appropriate. The title screen of the movie displayed an obscene and offensive title before being turned off.

6. In the months following, plaintiff became the subject of further racial and inappropriate remarks employees and supervisors of American Signature/Value City Furniture.

7. Plaintiff confided in supervisor, Matt Bernakie; however, Mr. Bernakie began to make sexual propositions to plaintiff.

8. Plaintiff reported the racial insults and sexual propositions to Human Resources, but was advised after a one-week investigation that no further action would be taken and that he should "get back to work".

9. During the time of plaintiff's employment, he was repeatedly a subject of racial discrimination and sexual harassment and the defendants used their positions as superiors to continue said inappropriate behavior.

10. As a result of the harassment and discrimination, plaintiff has lost wages, suffered mental and emotional distress, and was subject to a hostile work environment.

## LEGAL CLAIM

11. The challenged actions of the defendants violate Title VII of the Civil Rights Act of 1964, insofar as they are based on the race and sex of the Plaintiff.

12. On January 7, 2022, plaintiff filed a Charge of Discrimination via the Indiana Civil Rights Commission and the U.S. Equal Employment Opportunity Commission.

13. On September 15, 2022, the U.S. Equal Employment Opportunity Commission issued a Determination and Notice of Rights letter to Plaintiff.

14. As a direct result of the defendant's conduct as set out above, plaintiff has suffered, and will continue to suffer injuries, including mental and emotional distress and humiliation.

## **RELIEF**

WHEREFORE, plaintiff prays this Court to order relief requested as follows:

1. A declaratory judgment determining that the challenged actions of the defendant violate the law, as set out in ¶ 11, above;

2. Equitable relief in the form of lost wages and benefits;

3. Compensatory and punitive damages, in the amount determined by a jury;

4. An award of attorney's fees and costs incurred in bringing this action; and

5. All other such relief as this Court deems appropriate.

## **JURY DEMAND**

Plaintiff demands trial by jury.

_____
John R. Cantrell (22678-45)
Attorney for Plaintiff
7233 Indianapolis Blvd Hammond, IN 46324
jcantrell30@hotmail.com